**William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. Robert S. BURCHFIELD, Appellee.**

No. 12979.

United States Court of Appeals
Fifth Circuit.

Feb. 8, 1950.

Seymour W. Wurfel, Lt. Col. JAGC, 3rd. Army, Fort McPherson, Ga., Eugene M. Caffey, Col. JAGC, 3rd. Army, Fort McPherson, Ga., J. Ellis Mundy, U. S. Atty., Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga., Major Woodrow W. Atkins, JAGC, 3rd. Army, Fort McPherson, Ga., for appellant.

Robert S. Greentree (Burchfield), in pro. per.

Before HUTCHESON, Chief Judge, and WALLER and BORAH, Circuit Judges.

PER CURIAM.

The order, 86 F.Supp. 18, appealed from is reversed and the cause is remanded with directions to remand appellee to the custody of appellant and to dismiss the petition. Welchel v. McDonald, 5 Cir., 176 F.2d 260.

**William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia, Appellant, v. Russell Green FUGATE, Appellee.**

No. 12980.

United States Court of Appeals
Fifth Circuit.

Feb. 8, 1950.

Seymour W. Wurfel, Lt. Col., JAGC, 3rd Army, Fort McPherson, Ga., Eugene M. Caffey, Col. JAGC, 3rd. Army, Fort McPherson, Ga., Woodrow W. Atkins, Major, JAGC, 3rd. Army, Fort McPherson, Ga., for appellant. J. Ellis Mundy, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., Atlanta, Ga.

Before HUTCHESON, Chief Judge, and WALLER and BORAH, Circuit Judges.

PER CURIAM.

The order, 86 F.Supp. 22, appealed from is reversed and the cause is remanded with directions to remand appellee to the custody of appellant and to dismiss the petition. Welchel v. McDonald, 5 Cir., 176 F.2d 260.

1. D.C., 85 F.Supp. 31.